894

torney *General Vanech, Roger P. Marquis* and *Fred W. Smith* for respondents. ▮

No. 400. FIFTH & WALNUT, INC. ET AL. *v.* LOEW'S INC. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Monroe E. Stein* and *Maurice A. Gellis* for petitioners. *Louis D. Frohlich, Robert W. Perkins, Edward C. Raftery* and *John F. Caskey* for respondents. ▮

No. 415. BUZZI *v.* BUZZI. Supreme Court of California. Certiorari denied. *Edward E. Petrillo* for petitioner. *W. I. Gilbert, Jr.* for respondent.

No. 365. KOFOUROS ET AL. *v.* GIANNOUTSOS ET AL. C. A. 4th Cir. Certiorari denied. *Jacob L. Morewitz* for petitioners. ▮

No. 388. KORTHINOS ET AL. *v.* NIARCHOS ET AL.; and
No. 407. NIARCHOS ET AL. *v.* KORTHINOS ET AL. C. A. 4th Cir. Certiorari denied. *Jacob L. Morewitz* for petitioners in No. 388. *George M. Lanning* and *Barron F. Black* for petitioners in No. 407. *Mr. Black* and *Hugh S. Meredith* for respondents in No. 388. ▮

No. 389. MALEURIS ET AL. *v.* PAPADAKIS ET AL.; and
No. 408. PAPADAKIS ET AL. *v.* MALEURIS ET AL. C. A. 4th Cir. Certiorari denied. *Jacob L. Morewitz* for petitioners in No. 389. *Leon T. Seawell* and *Thomas M. Johnston* for petitioners in No. 408 and respondents in No. 389. ▮

No. 79, Misc. CHAMBERS *v.* UNITED STATES. C. A. 5th and 8th Cir. Certiorari denied.